AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| **Steven LaMont Markos** </br> *Plaintiff(s)* </br> v. </br> **Ocean Tours Miami LLC** </br> *Defendant(s)* | Civil Action No. 25-CV-24801 MARTINEZ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ocean Tours Miami LLC
c/o Registered Agent: Hinojosa Roberto
7457 SW 16th Terrace
Miami, FL 33155

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sanje V. Lara
**SRIPLAW, P.A.**
9100 S. Dadeland Boulevard, Suite 1500
Miami, FL 33156
786.743.0018
Sanje.lara@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 20, 2025



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Patricia Curtis
Deputy Clerk
U.S. District Courts